ERIC GRANT
United States Attorney
ANTONIO PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Nov 14, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Audel Birrueta Baltazar | CASE NO. 1:25-mj-00134-SAB<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

### ORDER

Upon Application of the United States of American and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: Nov 14, 2025

The Hon. Stanley A. Boone
U.S. MAGISTRATE JUDGE

SEALING ORDER                                1