UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  v.<br><br>AUDEL BIRRUETA BALTAZAR,<br><br>      Defendant. | CASE NO. 1:25-MJ-00134-SAB<br><br>**UNSEALING ORDER** |

  Good cause due to the defendant's pending Arraignment on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated: __November 20, 2025__       /s/ *Sheila K. Oberto*
                     UNITED STATES MAGISTRATE JUDGE